United States District Court
Southern District of Texas
**ENTERED**
December 10, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SUNIVERSE, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-2331 |
| | § | |
| ENCORE CREDIT CORP; dba ECC CREDIT | § | |
| CORPORATION OF TEXAS, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is Defendants' Motion for

Total Summary Judgment (Doc. No. 22); Plaintiff's Response (Doc. No. 25); Defendants' Reply

(Doc. No. 27); Plaintiff's Motion for Partial Summary Judgment on the Statute of Limitations

(Doc. No. 28); Defendants' Response (Doc. No. 31); Plaintiff's Reply (Doc. No. 32); Judge

Stacy's Memorandum and Recommendation (Doc. No. 37); Defendants' Objections (Doc. No.

38) and Plaintiff's Objections (Doc. No. 39) to the Memorandum and Recommendation.

The Court has carefully reviewed, *de novo*, the filings, the applicable law, the Magistrate

Judge's Memorandum and Recommendation, and the objections thereto, and agrees with the

Magistrate Judge's conclusion that the four-year statute of limitations did not, and has not,

expired, and that there is no genuine issue of material fact that would preclude summary

judgment for Defendants on Plaintiff's declaratory judgment and quiet title claims, but that there

is sufficient summary judgment evidence to support Plaintiff's equitable redemption claim..

Accordingly, it is hereby

**ORDERED** that the objections of Defendant (Doc. No. 38) and the objections of

Plaintiff (Doc. No. 39) are **OVERRULED**; the Memorandum and Recommendation (Doc. No.

37) is **ADOPTED**; Plaintiff's Motion for Partial Summary Judgment (Doc. No. 28) is **DENIED**; and Defendants' Motion for Total Summary Judgment (Doc. No. 22) is **GRANTED in PART** and **DENIED in PART** with summary judgment granted in Defendants' favor on Plaintiff's declaratory judgment and quiet title claims, and denied on Plaintiff's equitable redemption claim.

SIGNED at Houston, Texas, this _____9th_____ day of December 2020.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE